UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
WALKER, TRUSESDELL                              Docket Number: 11 CV 5394 (SAS)

      -against-                                    NOTICE OF ASSIGNMENTS

BLACKSTONE
--------------------------------------------------------
WALKER, TRUSESDELL
                                                Docket Number: 11 CV 5395 (SAS)

      -against-

BLACKSTONE
--------------------------------------------------------
WALKER, TRUSESDELL                              Docket Number: 11 CV 5396 (SAS)

      -against-

BLACKSTONE
--------------------------------------------------------
WALKER, TRUSESDELL                              Docket Number: 11 CV5397 (SAS)

      -against-

BLACKSTONE
--------------------------------------------------------

The above-entitled actions are:

[  ] Declined by Hon.
    As  [  ]Related/ [  ] Similar to case #:

[  ] Assigned to the Hon.
    [  ] Designated / [  ] Redesignated Hon.                    ,Magistrate Judge

[ X ] Accepted by Hon .SHIRA A. SCHEINDLIN (SAS)   as [  ] Related/ [ X ] Similar to case #:   11 CV 4549
    [ X ] Designated  [  ] Redesignated Hon. KEVIN N. FOX (KNF), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                  Ruby J. Krajick
                                                  Clerk of Court

Dated: 08/11/2011                             By:    PHYLLIS ADAMIK
                                                              Deputy Clerk