UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE EXTENDED STAY, INC., *et al*.,  :  | Chapter 11 Case No. 09-13764 (JMP) |
| : | |
| :  | (Jointly Administered) |
| Debtors,           :  | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WALKER, TRUESDELL, ROTH &  :
ASSOCIATES, as Trustee for and on behalf of  :
the Extended Stay Litigation Trust,  :
:
HOBART TRUESDELL, as Trustee for and on  :
behalf of the Extended Stay Litigation Trust,  :
and  :
:
THE EXTENDED STAY LITIGATION  : Adv. Pro. No. 11-02398
TRUST,  :
: Case Nos. 11-05394 and 11-05397
Plaintiffs,  :
: **NOTICE OF APPEARANCE**
- against -  :
:
THE BLACKSTONE GROUP, L.P., *et al*.,  :
:
Defendants.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the following attorneys provide notice of their appearance

for Defendant PGRT ESH, Inc.:

| HINSHAW & CULBERTSON LLP | BUTLER RUBIN SALTARELLI & BOYD LLP |
|---|---|
| Edward K. Lenci | Robert N. Hermes (Admission *pro hac* pending) |
| 780 Third Avenue, 4th Floor | Andrew D. Shapiro (Admission *pro hac* pending) |
| New York, New York 10017 | Vincente A. Tennerelli (Admission *pro hac* pending) |
| Tel: (212) 471-6200 | 70 West Madison Street, Suite 1800 |
| | Chicago, Illinois 60602 |
| | Tel.: (312) 444-9660 |

Dated: New York, New York
         September 7, 2011

                                    HINSHAW & CULBERTSON LLP

                                    By:  ____/S/ Edward K. Lenci_____
                                           Edward K. Lenci (EL 3207)

                                    780 Third Avenue

130164890v1

New York, New York 10017
Tel.: (212) 471-6212