UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE EXTENDED STAY, INC., *et al.*, | : Chapter 11 Case No. 09-13764 (JMP) |
| | : (Jointly Administered) |
| Debtors, | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust, | : |
| HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and | : |
| THE EXTENDED STAY LITIGATION TRUST, | : Adv. Pro. Nos. 11-02254 and 11-02398 |
| Plaintiffs, | : Case Nos. 11-05394 and 11-05397 |
| vs. | : |
| THE BLACKSTONE GROUP, L.P., *et al.*, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PGRT ESH, INC.'S OPPOSITION TO THE
TRUSTEE'S MOTIONS TO WITHDRAW THE REFERENCE**

Defendant PGRT ESH, Inc. hereby incorporates and joins in the arguments set forth in the Blackstone Defendants' Opposition to the Trustee's Motions to Withdraw the Reference, filed on September 7, 2011.  For the reasons stated therein, PGRT ESH, Inc. respectfully requests that the Court deny the Trustee's motion to withdraw the reference of Adversary Proceeding Nos. 11-02254 and 11-02398.

Dated:  September 7, 2011

                                        Respectfully Submitted,

                        By:     /s/ Edward K. Lenci

                            Edward K. Lenci
                            HINSHAW & CULBERTSON LLP
                            780 Third Avenue, 4th Floor
                            New York, NY 10017
                            Telephone: (212) 471-6212
                            Facsimile: (212) 935-1166

                            Robert N. Hermes (*pro hac* pending)
                            Andrew D. Shapiro (*pro hac* pending)
                            Vincente Tennerelli (*pro hac* pending)
                            BUTLER RUBIN SALTARELLI & BOYD LLP
                            70 West Madison Street
                            Suite 1800
                            Chicago, Illinois 60602
                            Telephone: (312) 444-9660
                            Facsimile: (312) 873-4120

                            Attorneys for *PGRT ESH, Inc.*