



# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Jeffrey S. Powell
To Call Writer Directly:
(202) 879-5050
jeff.powell@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

September 7, 2011

**Request granted. The Blackstone Defendants may submit a 26-page opposition to the Extended Stay Litigation Trustee's motion. SO ORDERED.**

9/7/11

*Shira A. Scheindlin*
U.S.D.J.

Via Facsimile

The Honorable Shira A. Scheindlin
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Walker, Truesdell, Roth & Assocs. v. The Blackstone Group, L.P.*, Case Nos. 11-05394, 11-05396, and 11-5397

Dear Judge Scheindlin:

I represent the Blackstone Defendants[1] in the above-referenced cases that were opened when the Extended Stay Litigation Trustee moved to withdraw the reference in all five complaints currently pending before the United States Bankruptcy Court for the Southern District of New York.

The Blackstone Defendants hereby request a one-page extension of the page limitation to oppose the Extended Stay Litigation Trustee's motions. (*See* Mot. for Withdrawal re Fiduciary Duty Actions (Case Nos. 1:11-cv-05394 and 1:11-cv-05397); Mot. for Withdrawal re Fraudulent Conveyance Action and Lender Action (Case Nos. 1:11-cv-05395 and 1:11-cv-05396).) The Litigation Trustee filed two separate motions regarding the cases against the Blackstone Defendants. As a result, the Blackstone Defendants are entitled to submit two separate oppositions, totaling 50 pages. Instead, to promote efficiency and preserve the resources of both the Court and the parties, the Blackstone Defendants are submitting one consolidated opposition that responds to both of the Litigation Trustee's motions. The Blackstone Defendants merely request permission to submit a 26 page opposition, exceeding the limitation by a single page.

---

[1]   The "Blackstone Defendants" include The Blackstone Group, L.P., Blackstone Holdings I L.P., Blackstone Holdings II L.P., Blackstone Holdings III L.P., Blackstone Holdings IV L.P., Blackstone Holdings V L.P., Blackstone Holdings I/II GP, Inc., Blackstone Holdings III GP L.L.C., Blackstone Holdings IV GP L.P., Blackstone Holdings V GP L.P., Blackstone Real Estate Partners IV L.P., Blackstone Capital Partners IV L.P., BHAC IV, LLC, BRE/HV Holdings LLC, BRE/ESH Holdings LLC, Blackstone Hospitality Acquisitions, LLC, Prime Hospitality, LLC, Jonathan Gray, William Stein, Michael Chae, Robert Friedman, Gary Sumers, Dennis McDonagh, and Alan Miyasaki.

Chicago     Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai

## KIRKLAND & ELLIS LLP

The Honorable Shira A. Scheindlin
September 7, 2011
Page 2

      The Extended Stay Litigation Trustee does not oppose this request.

                                Sincerely,

                                Jeffrey S. Powell

cc:      Counsel of Record via Electronic Mail