

**Baker&Hostetler** LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Marc D. Powers
direct dial: 212.589.4216
mpowers@bakerlaw.com

September 14, 2011

*Requests granted. Plaintiffs' reply is due September 23, 2011 and is not to exceed 20 pages. No further extensions will be granted. So ordered.*

*9/15/11*

*Shira A. Scheindlin*
*U.S.D.J.*

<u>VIA FACSIMILE (212) 805-7920</u>

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Walker, Truesdell, Roth & Assoc. v. The Blackstone Group, L.P. (In re Extended Stay, Inc.), 09-13764 (JMP); Civ. Case No. 11-5394 (SAS); Adv. Pro. No. 11-02254 (JMP)*

*Walker, Truesdell, Roth & Assoc. v. The Blackstone Group, L.P. (In re Extended Stay, Inc.), 09-13764 (JMP); Civ. Case No. 11-5396 (SAS); Adv. Pro. No. 11-02255 (JMP)*

*Walker, Truesdell, Roth & Assoc. v. Lightstone Holdings, LLC (In re Extended Stay, Inc.), 09-13764 (JMP); Civ. Case No. 11-5395 (SAS); Adv. Pro. No. 11-02256 (JMP)*

*Walker, Truesdell, Roth & Assoc. v. The Blackstone Group, L.P. (In re Extended Stay, Inc.), 09-13764 (JMP); Civ. Case No. 11-5397 (SAS); Adv. Pro. No. 11-02398 (JMP)*

*Walker, Truesdell, Roth & Assoc. v. Archon Group, L.P. (In re Extended Stay, Inc.), 09-13764 (JMP); Civ. Case No. 11-5864 (SAS); Adv. Pro. No. 11-02259 (JMP)*

Dear Judge Scheindlin:

Our law firm represents the plaintiffs, Walker Truesdell Roth & Associates, and Hobart Truesdell (collectively the "Trustee" for the Extended Stay Litigation Trust), as well as the Litigation Trust itself, in the above referenced actions.

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa
Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

Honorable Shira A. Scheindlin
September 14, 2011
Page 2

All of the above matters are the subject of motions by the plaintiffs to withdraw the automatic reference to the bankruptcy court, which were initially filed on July 29, 2011. Thereafter, counsel for the plaintiffs and defendants worked out a proposed Briefing Schedule for the submission of opposition and reply papers, which required the Blackstone and other defendants to file opposition papers by August 30th and the plaintiffs to file any reply by this Friday, September 16th. This was discussed with your Chambers in early August by Dan Donovan, Esq., counsel for the Blackstone Defendants, and the undersigned.

A fifth motion to withdraw the reference filed by the Forman Holt law firm ("Conflicts Counsel") occurred on August 22nd, necessitating a revision of the briefing schedule among the parties. The parties thereafter agreed that the Blackstone Defendants would submit their opposition papers by September 7th and the defendants subject to Conflicts Counsel complaint would file their opposition September 9th, all of which has in fact occurred. As part of this modified Briefing Schedule, the parties have agreed the reply by the plaintiffs has been extended to September 23rd, from September 16th. We respectfully request the Court grant this further adjournment as agreed to among the parties.

Further, the Court's rules provide for a ten page limitation on reply papers. Given that several defendants have submitted opposition briefs to the motions, we ask that the plaintiffs represented by my law firm be granted up to 20 pages for reply. We have spoken with counsel for the Blackstone Defendants and they have no objection.

Thank you for your consideration of the foregoing.

Respectfully submitted,

Marc D. Powers

cc:     All Defense Counsel for Appearing Defendants (via PDF)