UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY INC. *et al.*,<br><br>    Debtors. | Case No. 09-13764 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST,<br><br>HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and<br><br>THE EXTENDED STAY LITIGATION TRUST,<br><br>    Plaintiffs,<br><br>    v.<br><br>The Blackstone Group, L.P., Blackstone Holdings I L.P., Blackstone Holdings II L.P., Blackstone Holdings III L.P., Blackstone Holdings IV L.P., Blackstone Holdings V L.P., Blackstone Holdings I/II GP, Inc., Blackstone Holdings III GP L.L.C., Blackstone Holdings IV GP L.P., Blackstone Holdings V GP L.P., Blackstone Real Estate Partners IV L.P., Blackstone Capital Partners IV L.P., BHAC IV, LLC, BRE/HV Holdings LLC, Blackstone Hospitality Acquisitions, LLC, Prime Hospitality, LLC, DL-DW Holdings, LLC, Lightstone Holdings LLC, The Lightstone Group, LLC, PGRT ESH Inc., Lightstone Commercial Management, Arbor ESH II, LLC, Arbor Commercial Mortgage, LLC, Princeton ESH LLC, Atmar Associates, LLC, Glida One LLC, Ron Invest LLC, Polar Extended Stay (USA) L.P., BHAC Capital IV, LLC, BRE/ESH Holdings, LLC, ABT- | Adv. Pro. No. 11-2398<br><br>Case No. 1:11-cv-05394 (SAS) |

| |
|---|
| ESI LLC, Mericash Funding LLC, Park Avenue Funding LLC, Bank of America, N.A., Citigroup Global Markets Inc., Ebury Finance Limited, Banc of America Securities LLC, David Lichtenstein, Bruno de Vinck, Peyton "Chip" Owen, Jr., Guy R. Milone, Jr., Joseph Chetrit, Joseph Teichman, Joseph Martello, F. Joseph Rogers, David Kim, Gary DeLapp, Jonathan D. Gray, William Stein, Michael Chae, Robert L. Friedman, Thomas Burdi, Gary Sumers, Dennis J. McDonagh, Alan Miyasaki, and JOHN DOES 1 through 100, inclusive,<br><br>                    Defendants. |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as counsel for Plaintiffs Extended Stay Litigation Trust, Hobart Truesdell and Walker, Truesdell, Roth & Associates, as Trustees of The Extended Stay Litigation Trust.  All Notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 23, 2011

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/s/ Benjamin D. Pergament
Benjamin D. Pergament
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
bpergament@bakerlaw.com

*Attorneys for Plaintiffs Extended Stay Litigation Trust, Hobart Truesdell and Walker, Truesdell, Roth & Associates, as Trustees of The Extended Stay Litigation Trust*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Appearance for Benjamin D. Pergament** was filed electronically and served by U.S. First Class mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Benjamin D. Pergament
Benjamin D. Pergament