UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY, INC. *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>No. 09-13764 (JMP)<br><br>(Jointly Administered) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST,<br><br>HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and<br><br>THE EXTENDED STAY LITIGATION TRUST,<br><br>           Plaintiffs,<br><br>           v.<br><br>The Blackstone Group, L.P., *et al.*,<br><br>           Defendants. | Civ. No. 11-cv-5394 (SAS)<br>Adv. Pro. No. 11-2398 (JMP)<br><br>**DECLARATION OF MARC D. POWERS IN SUPPORT OF PLAINTIFFS' COMBINED REPLY IN FURTHER SUPPORT OF THE MOTIONS TO WITHDRAW THE REFERENCE** |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST,<br><br>HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and<br><br>THE EXTENDED STAY LITIGATION TRUST, | Civ. No. 11-cv-5397 (SAS)<br>Adv. Pro. No. 11-2254 (JMP) |

|  |  |
|---|---|
| Plaintiffs,<br><br>v.<br><br>The Blackstone Group, L.P., *et al.*,<br><br><br>Defendants. |  |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST,<br><br>HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and<br><br>THE EXTENDED STAY LITIGATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>THE BLACKSTONE GROUP, L.P., *et al.*,<br><br>Defendants. | Civ. No. 11-cv-5396 (SAS)<br>Adv. Pro. No. 11-2255 (JMP) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST,<br><br>HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and | Civ. No. 11-cv-5395 (SAS)<br>Adv. Pro. No. 11-2256 (JMP) |

| |
|---|
| THE EXTENDED STAY LITIGATION TRUST,<br><br>     Plaintiffs,<br><br>     v.<br><br>LIGHTSTONE HOLDINGS, LLC, *et al.*,<br><br>     Defendants. |

**DECLARATION OF MARC D. POWERS IN SUPPORT OF PLAINTIFFS' COMBINED REPLY IN FURTHER SUPPORT OF THE MOTIONS TO WITHDRAW THE REFERENCE OF THE ABOVE-CAPTIONED ADVERSARY PROCEEDINGS TO THE BANKRUPTCY COURT**

Marc D. Powers, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at the law firm of Baker Hostetler LLP, counsel for Plaintiffs Walker, Truesdell, Roth & Associates ("WTR&A"), as Trustee for and on behalf of the Extended Stay Litigation Trust (the "Trust"), the Trust, and Hobart Truesdell, as Trustee for and on behalf of the Trust ("Truesdell," and together with WTR&A and the Trust, the "Plaintiffs"), the Plaintiffs in the above-captioned adversary proceedings. As an attorney admitted to practice before this Court, I respectfully submit this declaration to provide the Court with true and correct copies of the documents listed below that are referenced in the Combined Reply in Further Support of the Motions to Withdraw the Reference.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of the July 18, 2011 Letter to Judge Peck.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of the Plan of Reorganization.

4. Annexed hereto as **Exhibit 3** is a true and correct copy of the Debtors' Memorandum in Support of Confirmation.

5. Annexed hereto as **Exhibit 4** is a true and correct copy of the Litigation Trust Agreement.

6. Annexed hereto as **Exhibit 5** is a true and correct copy of the decision in *In re Lehman Bros. Hldgs., Inc.* (JMP), Adv. Pro. No. 10-3266, Dkt. No. 93, Aug. 15, 2011.

7. I declare under penalty of perjury that the foregoing is accurate and true.

Executed on September 23, 2011.

/s/ Marc D. Powers
───────────────
Marc D. Powers

103931149