UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| *In re*: | : |
| | : Chapter 11 Case No. |
| EXTENDED STAY INC., *et al.*, | : 09-13764 (JMP) |
| | : |
| Debtors | : (Jointly Administered) |

------------------------------------------------------------------------ x

| | |
|---|---|
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust; HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST, | : : : Adv. Pro. No. 11-02398 : : Case No. 11-cv-05394 (SAS) : |
| Plaintiffs, | : **NOTICE OF APPEARANCE** |
| | : |
| -against- | : |
| | : |
| THE BLACKSTONE GROUP, L.P., *et al.*, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

  Enter my appearance as counsel in this case for defendants DL-DW Holdings, LLC, Lightstone Holdings, LLC, The Lightstone Group, LLC, Lightstone Commercial Management, BHAC Capital IV, LLC, Park Avenue Funding, LLC, David Lichtenstein, Bruno De Vinck, Peyton "Chip" Owen and Joseph Teichman (collectively, the "Lightstone Defendants").

  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 5, 2011

                                        By:   /s/ Adina G. Storch
                                               Adina G. Storch, Esq.
                                               (astorch@kasowitz.com)
                                             KASOWITZ, BENSON, TORRES &
                                             FRIEDMAN LLP
                                             1633 Broadway
                                             New York, New York 10019
                                             Tel: (212) 506-1700
                                             Fax: (212) 506-1800

                                             *Attorneys for the Lightstone Defendants*