UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *In re*: | : |
|  | : Chapter 11 Case No. |
| EXTENDED STAY INC., *et al.*, | : 09-13764 (JMP) |
|  | : |
| Debtors | : (Jointly Administered) |
|  |  |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust; HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST, | : : Adv. Pro. No. 11-02398 : : Case No. 11-cv-05394 (SAS) |
| Plaintiffs, | : |
| -against- | : |
| THE BLACKSTONE GROUP, L.P., *et al.*, | : |
| Defendants. | : |

## CORPORATE DISCLOSURE STATEMENT FOR
## <u>THE LIGHTSTONE DEFENDANTS</u>

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for the Lightstone Defendants[1] states that:

1.  No corporation holds 10% or more of the equity interests of **The Lightstone Group, LLC**.

2.  No corporation holds 10% or more of the equity interests of **Lightstone Holdings, LLC**.

3.  No corporation holds 10% or more of the equity interests of **Lightstone Commercial Management**.

---

[1] The "Lightstone Defendants" consist of DL-DW Holdings, LLC, Lightstone Holdings, LLC, The Lightstone Group, LLC, Lightstone Commercial Management, BHAC Capital IV, LLC, and Park Avenue Funding, LLC.

4. No corporation holds 10% or more of the equity interests of **Park Avenue Funding, LLC**.

5. Lightstone Holdings, LLC and BRE/ESH Holdings, LLC each own 10% or more of the equity interests of **DL-DW Holdings, LLC**.

6. Arbor ESH II, LLC, Lightstone Holdings, LLC, and Homestead Village, LLC each own 10% or more of the equity interests of **BHAC Capital IV, LLC**.

Dated: New York, New York
October 5, 2011

By: /s/ Adina G. Storch
David M. Friedman (dfriedman@kasowitz.com)
Christopher P. Johnson (cjohnson@kasowitz.com)
Robert M. Novick (rnovick@kasowitz.com)
Adina G. Storch (astorch@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for the Lightstone Defendants*