UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | |
|---|---|
| *In re*: | : |
| | : Chapter 11 Case No. |
| EXTENDED STAY INC., *et al.*, | : 09-13764 (JMP) |
| | : |
| Debtors | : (Jointly Administered) |

------------------------------------------------------------------------ x

| | |
|---|---|
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust; HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST, | : <br> : <br> : Adv. Pro. No. 11-02398 <br> : <br> : Case No. 11-cv-05394 (SAS) <br> : |
| Plaintiffs, | : |
| -against- | : |
| THE BLACKSTONE GROUP, L.P., *et al.*, | : |
| Defendants. | : |

------------------------------------------------------------------------ x

## CORPORATE DISCLOSURE STATEMENT FOR
## <u>THE LIGHTSTONE DEFENDANTS</u>

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for the Lightstone Defendants[1] states that:

    1.    No corporation holds 10% or more of the equity interests of **The Lightstone Group, LLC**.

    2.    No corporation holds 10% or more of the equity interests of **Lightstone Holdings, LLC**.

    3.    No corporation holds 10% or more of the equity interests of **Lightstone Commercial Management**.

---

[1] The "Lightstone Defendants" consist of DL-DW Holdings, LLC, Lightstone Holdings, LLC, The Lightstone Group, LLC, Lightstone Commercial Management, BHAC Capital IV, LLC, and Park Avenue Funding, LLC.

    4.    No corporation holds 10% or more of the equity interests of **Park Avenue Funding, LLC**.

    5.    Lightstone Holdings, LLC and BRE/ESH Holdings, LLC each own 10% or more of the equity interests of **DL-DW Holdings, LLC**.

    6.    Arbor ESH II, LLC, Lightstone Holdings, LLC, and Homestead Village, LLC each own 10% or more of the equity interests of **BHAC Capital IV, LLC**.

Dated: New York, New York
       October 5, 2011

> By:   /s/ Adina G. Storch
> David M. Friedman (dfriedman@kasowitz.com)
> Christopher P. Johnson (cjohnson@kasowitz.com)
> Robert M. Novick (rnovick@kasowitz.com)
> Adina G. Storch (astorch@kasowitz.com)
> KASOWITZ, BENSON, TORRES &
> FRIEDMAN LLP
> 1633 Broadway
> New York, New York 10019
> Tel: (212) 506-1700
> Fax: (212) 506-1800
>
> *Attorneys for the Lightstone Defendants*